```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  BRENT A. WHITTLESEY (Cal. Bar No. 73493)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         Federal Courthouse, 14th Floor
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-5421
         Facsimile: (213) 894-0142
 9       E-mail: Brent.Whittlesey@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | Case No. 2:19-CV-08583-VAP-FFM |
|---|---|
| Plaintiff, | WARRANT |
| v. | |
| $3,430,286.72 IN BANK FUNDS, | |
| Defendant. | |

TO: UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

A Complaint for Forfeiture having been filed in this action,

///

     IT IS ORDERED that you seize the defendant, $3,430,286.72 In Bank Funds, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

     YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED:   10/8/2019

KIRY K. GRAY, Clerk

S. Hunt
Deputy Clerk

