UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$3,430,286.72 IN BANK FUNDS,<br><br>Defendant.<br>―――――――――――――――――<br>DARIN FLASHBERG and<br>LEANNE FLASHBERG,<br><br>Claimants | No. 2:19-CV-08583-VAP (FFMx)<br><br>ORDER STAYING CIVIL FORFEITURE CASE |

Pursuant to the stipulation and request of the parties, 18 U.S.C. § 981(g) and the Court's inherent power, and good cause appearing therefor, IT IS HEREBY ORDERED that this matter shall be, and hereby is stayed pending the conclusion of the federal criminal prosecution related to the instant civil forfeiture case.

///

1  In order to allow the Court to monitor the status of this matter, the government
2  shall file a status report by March 16, 2020, and every 90 days thereafter, concerning the
3  progress of the criminal investigation.

December 18, 2019

*Virginia A. Phillips*

DATED

HONORABLE VIRGINIA A. PHILIPS
UNITED STATES DISTRICT JUDGE

1