DOC # 2339
JDIS#1

| U.S. Department of Justice<br>United States Marshals Service | RECEIVED C/CA<br>U.S MARSHALS SERVICE<br>2019 DEC -5 PM 2:07 | PROCESS RECEIPT AND RETURN<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|---|
| **PLAINTIFF**<br>United States of America | | **COURT CASE NUMBER**<br>2:19-CV-08583-VAP (FFMX) |
| **DEFENDANT**<br>$3,430,287.22 in Bank Funds | | **TYPE OF PROCESS**<br>Complaint/Warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Brent A. Whittlesey<br>Federal Courthouse, 14th Floor<br>312 North Spring Street<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

SEE ATTACHMENT FOR INSTRUCTIONS

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 213-894-5421
DATE: 12/05/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/5/2019 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>12/6/19 | Time<br>8:00 ☒ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 |

**REMARKS**

SEIZED $105,662.58(19-FBI-003792), $85,746.73(19-FBI-003801), $64,080.94(19-FBI-003802), $312,150.96(19-FBI-003803), $600,688.10(19-FBI-003804), $215,000.00(19-FBI-003805), $72,401.17(19-FBI-003806), $29,317.13(19-FBI-003807), $181,641.36(19-FBI-003808), $57,805.55(19-FBI-003809), $350,000.00(19-FBI-003817), AND $1,355,792.81(19-FBI-003818) AS 2:19-CV-08583 ON 12/06/2019.

FILED 2020 JAN 24

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

## ATTACHMENT TO PROCESS RECEIPT AND RETURN

**Please Seize the Defendants $3,430,286.72 in Bank Funds:**

| | | |
|---|---|---|
| 19-FBI-003792 | 3410190124 | $105,662.58 in funds from Bank Account #1950265197 in the name of Darin M. Flashberg at Wells Fargo Bank, San Dimas, CA |
| 19-FBI-003801 | 3410190125 | $85,746.73 in funds from Bank Account #844565788 in the name of Medisphere Inc. dba Flash Medical at JPMorgan Chase Bank, San Dimas, CA |
| 19-FBI-003802 | 3410190126 | $64,080.94 in funds from Bank Account #206286657 in the name of Optimal Med, LLC at JPMorgan Chase Bank, San Dimas, CA |
| 19-FBI-003803 | 3410190127 | $312,150.96 in funds from Bank Account #885058995 in the name of Qual Med, LLC at JPMorgan Chase Bank, San Dimas, CA |
| 19-FBI-003804 | 3410190128 | $600,688.10 in funds from Bank Account #275922125 in the name of EZ Fit Medical Group, Inc. at JPMorgan Chase Bank, San Dimas, CA |
| 19-FBI-003805 | 3410190129 | $215,000.00 in funds from Bank Account #118806766 in the name of DR Diagnostic Solutions LLC at JPMorgan Chase Banks, San Dimas, CA |
| 19-FBI-003806 | 3410190130 | $72,401.11 in funds from Bank Account #359088595 in the name of Advanced Orthotics, Inc. at JPMorgan Chase Bank, San Dimas, CA |
| 19-FBI-003807 | 3410190131 | $29,317.13 in funds from Bank Account #359076327 in the name of Pro-Fit Solutions, Inc. at JPMorgan Chase Bank, San Dimas, CA |
| 19-FBI-003808 | 3410190132 | $181,641.36 in funds from Bank Account #924914807 in the name of Leanne Flashberg or Darin M. Flashberg at JPMorgan Chase Bank, San Dimas, CA |
| 19-FBI-003809 | 3410190133 | Up to $64,950.00 in funds on deposit in LPL Financial Investment Account #7507-3925 in the name of Darin M. Flashberg at LPL Financial, Fort Mill, South Carolina |
| 19-FBI-003817 | 3410190134 | Up to $350,000.00 in funds on deposit in LPL Financial Investment Account #4304-0448 in the name of Darin M. Flashberg at LPL Financial, Fort Mill, South Carolina |
| 19-FBI-003818 | 3410190135 | All funds on deposit in LPL Financial Investment Account #4213-7064 in the name of Darin M. Flashberg at LPL Financial, Fort Mill, SC (appraised value at time of warrant execution: $1,330,243.69) |