```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  BRENT A. WHITTLESEY (Cal. Bar No. 73493)
    Assistant United States Attorney
 6  Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-5421
 9       Facsimile: (213) 894-0142
         E-mail: Brent.Whittlesey@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

**FILED WARRANT**
FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | Case No. 2:19-CV-08583-VAP (FFMx) |
|---|---|
| Plaintiff, | FIRST AMENDED WARRANT |
| v. | |
| $3,430,287.22 IN BANK FUNDS, | |
| Defendant. | |

TO: UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

A Complaint for Forfeiture having been filed in this action,

///

```
 1       IT IS ORDERED that you seize the defendant, $3,430,287.22
 2  In Bank Funds, and cause the same to be detained in your
 3  custody, or in the custody of a Substitute Custodian, until
 4  further notice of the Court.
 5       YOU ARE FURTHER ORDERED to file this process in this Court
 6  with your return promptly after execution.
 7
 8       DATED:      12/3/19
 9
10                                    KIRY K. GRAY, Clerk
11                                    /s/ Chris Powers
12                                    Deputy Clerk
```