NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2020
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | Case No. 2:19-CV-08583-VAP-FFM X |
|---|---|
| Plaintiff, | WARRANT |
| v. | |
| $3,430,286.72 IN BANK FUNDS, | |
| Defendant. | |

    TO:  UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

    A Complaint for Forfeiture having been filed in this action,

///

     IT IS ORDERED that you seize the defendant, $3,430,286.72 in Bank Funds, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

     YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED:   10/8/2019

                                        KIRY K. GRAY, Clerk

                                        S. Hunt
                                        Deputy Clerk

