1   TRACY L. WILKISON
    Acting United States Attorney
2   BRANDON D. FOX
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   BRENT A. WHITTLESEY (Cal. Bar No. 73493)
    Assistant United States Attorney
6   Asset Forfeiture Section
        Federal Courthouse, 14th Floor
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-5421
        Facsimile: (213) 894-0142
9       E-mail: brent.whittlesey@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA

11

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                   WESTERN DIVISION

15  UNITED STATES OF AMERICA,        No. 2:19-CV-08583-VAP (FFMx)

16          Plaintiff,               PLAINTIFF UNITED STATES OF
                                     AMERICA'S REPORT REGARDING STATUS
17          v.                       OF RELATED CRIMINAL CASE

18  $3,430,286.72 IN BANK FUNDS,

19          Defendant.

20
    DARIN FLASHBERG and
21  LEANNE FLASHBERG,

22          Claimants.

23

24      Pursuant to the Court's order filed December 17, 2019, based

25  upon the parties' stipulation therefor, the Court stayed this civil

26  forfeiture action pursuant to 18 U.S.C. § 981(g) pending the

27  conclusion of an ongoing criminal prosecution related to this civil

28  forfeiture case.  The Court's Order instructed the government to file

1  reports every ninety (90) days, commencing March 16, 2020, regarding

2  the status of the related criminal case.

3      The related federal criminal prosecution against claimant Darin

4  Flashberg, entitled <u>U.S. v. Darin Flashberg, et al</u>, 2:19-cr-00209-

5  JAK, is ongoing, both defendants, Darin Flashberg and Najib Jabbour

6  have pled guilty.  Najib Jabbour was sentenced on April 8, 2021 and

7  Darin Flashberg is currently scheduled for sentencing on July 15,

8  2021.

9      Accordingly, the government believes that it is appropriate for

10  the Court to maintain the stay of this action at the present time.

11      Pursuant to the Court's Order filed December 17, 2019, the

12  government will submit its next status report within 90 days of the

13  filing of this status report (i.e., by August 22, 2021).

14  Dated: May 17, 2021                    Respectfully submitted,

15                                         TRACY L. WILKISON
                                           Acting United States Attorney
16                                         BRANDON D. FOX
                                           Assistant United States Attorney
17                                         Chief, Criminal Division
                                           STEVEN R. WELK
18                                         Assistant United States Attorney
                                           Chief, Asset Forfeiture Section
19                                         Assistant United States Attorney
                                           Asset Forfeiture Section
20

21                                         _____/s/Brent A. Whittlesey_____
                                           BRENT A. WHITTLESEY
22                                         Assistant United States Attorney

23                                         Attorneys for Plaintiff,
                                           United States of America
24

25

26

27

28